IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| EUGENE GAMBOA ORTHON, JR.; KRISTA L.K. ORTHON; DR. MARK LEDING; and SHANNON LEDING,<br><br>    Plaintiffs,<br><br>vs.<br><br>THE BON-TON DEPARTMENT STORES, INC., Individually and d/b/a "LIVING QUARTERS" and "YOUNKERS"; and BIRD BRAIN, INC.,<br><br>    Defendants. | NO. 4:11-cv-00379-RP-CFB<br><br><br><br><br><br><br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, BIRD BRAIN, INC.** |
| THE BON-TON DEPARTMENT STORES, INC., Individually and d/b/a "LIVING QUARTERS" and "YOUNKERS",<br><br>    Counterclaimant,<br><br>vs.<br><br>DR. MARK LEDING,<br><br>    Counterclaim Defendant. | |

**COMES NOW** the Defendant, Bird Brain, Inc., and pursuant to Local Rule 7.1, submits the following corporate disclosure statement:

1.  The following are names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Bird Brain, Inc. as a parent, subsidiary,

or otherwise, or have a direct or indirect pecuniary interest in Bird Brain's outcome in the case:

Bird Brain, Inc. is a U.S. Corporation organized in the State of Michigan. Bird Brain, Inc. has a Wholly Owned Foreign Entity formed in China, commonly known as a U.S. Representative Office. The name of the Wholly Owned Foreign Entity in China is Bird Brain International.

**PATTERSON LAW FIRM, L.L.P.**
505 Fifth Avenue, Suite 729
Des Moines, IA 50309-2390
Phone: 515-283-2147
FAX:   515-283-1002
Email: jboehlert@pattersonfirm.com

By: _____
    Jeffrey A. Boehlert    AT0001056

Tracy C. Beggs
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
Phone: 312-781-6627
Fax:   312-781-6630
Email: beggs@litchfieldcavo.com

ATTORNEYS FOR DEFENDANT, BIRD BRAIN, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of December, 2011, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System which, pursuant to Local Rule 5.3(k)(1), will send a notice of electronic filing to

the following:

Jeff Carter
Jeff Carter Law Offices, PC
300 Walnut Street
Suite 260
Des Moines, IA 50309
Email:  jeff@jeffcarterlaw.com

Brian P. Galligan
Galligan Reid, PC
The Plaza - Suite 5
300 Walnut Street
Des Moines, IA 50309-2239
Email:  bgalligan@galliganlaw.com

R. Blake Brunkenhoefer
Greg W. Turman
Brunkenhoefer, Almaraz & Turman, P.L.L.C.
500 N. Shoreline Blvd., Suite 1100
Corpus Christi, TX 78401-0354
Email:  bbrunk@gulfattorneys.com

Richard L. Eddington
The Law Offices of Ralph A. Cantafio, P.C.
345 Lincoln Avenue, Suite 202
P. O. Box 774567
Steamboat Springs, CO 80477
Email:  rickeddington@aol.com
        info@cantafiolaw.com
ATTORNEYS FOR PLAINTIFFS

Randall H. Stefani
Jason M. Craig
Ahlers & Cooney, P.C.
100 Court Avenue, Suite 600
Des Moines, IA 50309-2231
Email:  rstefani@ahlerslaw.com
        jcraig@ahlerslaw.com
ATTORNEYS FOR BON-TON DEPARTMENT STORES, INC.

William J. Bush
Bush, Motto, Creen, Koury & Halligan, P.L.C.
5505 Victoria Avenue, Suite 100
Davenport, IA 52807
Email:  wjbushlaw@bmcklaw.com
        wjbush@yahoo.com
ATTORNEYS FOR COUNTERCLAIM DEFENDANT LEDING

_____
Jennie L. Tyler